**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-23-0000419
29-AUG-2025
08:23 AM
Dkt. 64 OAWST**

NO. CAAP-23-0000419

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

CITY AND COUNTY OF HONOLULU, Petitioner/Appellant-Appellant,
v.
DEPARTMENT OF HEALTH, STATE OF HAWAI'I,
Respondent/Appellee-Appellee.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 1CCV-23-0000052)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Hiraoka and McCullen, JJ.)

Upon consideration of the Stipulation to Dismiss Appeal filed on August 6, 2025, by Petitioner-Appellant/ Appellant City and County of Honolulu, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) under Hawai'i Rules of Appellate Procedure Rule 42(b), the parties stipulate to dismiss the appeal and bear their own attorney's fees and costs on appeal; and (3) the

Stipulation is signed by counsel for all parties appearing in the appeal.

Therefore, IT IS ORDERED that the Stipulation to Dismiss Appeal is approved and the appeal is dismissed. The parties shall bear their own attorneys' fees and costs on appeal.

DATED:  Honolulu, Hawaiʻi, August 29, 2025.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge